# United States Court of Appeals
## For the First Circuit

No. 20-1903

UNITED STATES OF AMERICA,

Appellee,

v.

WILLIE RICHARD MINOR,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on April 11, 2022 is amended as follows:

On page 10, line 6, replace "released" with "release"